# United States District Court

FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION
VENUE: SAN FRANCISCO

*FILED*
*07 DEC -4 PM 1:41*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*

**SI**

E-filing

## UNITED STATES OF AMERICA,

## V.

JUAN HERRERA-SANTOS

### DEFENDANT.

# INDICTMENT

Title 8, United States Code, section 1326 - Illegal
Reentry by an Alien After Deportation (Class C Felony)

A true bill.

_____ Foreman

Filed in open court this 4 day of
Dec. 2007

**Brenda Tolbert**
Clerk

**MARIA-ELENA JAMES**

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 8 U.S.C., Section 1326 -
Illegal Reentry by an Alien After
Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**E-filing**

PENALTY:

Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

07-70692

Name and Office of Person
Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    TAREK HELOU

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

JUAN HERRERA-SANTOS

DISTRICT COURT NUMBER

CR 07    0764    SI

─── DEFENDANT ───

**IS NOT IN CUSTODY**
   Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year    11/13/2007

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:



ORIGINAL

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2

3

4

5
       E-filing
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11                                    CR  07           0764  SI

12   UNITED STATES OF AMERICA,          )    No.
                                        )
13          Plaintiff,                  )    VIOLATION:  8 U.S.C. § 1326 – Illegal
                                        )    Reentry Following Deportation
14   v.                                 )
                                        )
15   JUAN HERRERA-SANTOS,               )    SAN FRANCISCO VENUE
                                        )
16          Defendant.                  )
                                        )
17   _____)

18                            I N D I C T M E N T

19   The Grand Jury charges:

20          On or about October 3, 2001, September 7, 2002, April 9, 2003, April 22, 2005, July 1,

21   2005, November 30, 2005, November 28, 2006, and February 22, 2007, the defendant,

22                            JUAN HERRERA-SANTOS,

23   an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24   September 17, 2007, was found in the Northern District of California, the Attorney General of the

25   United States and the Secretary for Homeland Security not having expressly consented to a re-

26   //

27   //

28   //

     INDICTMENT                            1

1    application by the defendant for admission into the United States, in violation of Title 8, United

2    States Code, Section 1326.

3

4    DATED: December 9, 2007            A TRUE BILL.

5

6                                      _____

7    SCOTT N. SCHOOLS                  FOREPERSON
     United States Attorney

8

9

10   KYLE F. WALDINGER
     Deputy Chief, Major Crimes Section

11

12   (Approved as to form: _____ )
                            AUSA HELOU

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT                        2