1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0764 SI |
| Plaintiff(s), | **ORDER SCHEDULING HEARING AND BRIEFING RE: DEFENDANT'S OBJECTION TO ARRAIGNMENT** |
| vs. | |
| JUAN HERRERA-SANTOS, | |
| Defendant(s). / | |

On December 7, 2007, Defendant filed an objection to arraignment.  Although the Court heard oral arguments from counsel on December 10, it now finds further briefing appropriate. Accordingly, the United States shall file any opposition by December 12, Defendant shall file any reply by December 14, and the Court shall conduct a hearing on December 19, 2007 at 9:30 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: December 10, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge