SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7071
    Facsimile:     (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-764-SI |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| JUAN HERRERA-SANTOS, ) | |
|     Defendant. ) | |

    On December 10, 2007, the parties in this case appeared before the Court and stipulated that time from December 10, 2007 through December 21, 2007 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel has produced.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

1  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
2  3161(h)(8)(A).

4  SO STIPULATED:

                                            SCOTT N. SCHOOLS
                                            United States Attorney


8  DATED: December 12, 2007                 _____/s/_____
                                            TAREK J. HELOU
9                                           Assistant United States Attorney


11 DATED: December 12, 2007                 _____/s/_____
                                            STEVEN KALAR
12                                          Attorney for Defendant JUAN HERRERA-SANTOS


14     As the Court found on December 10, 2007, and for the reasons stated above, the Court finds
15 that the ends of justice served by the requested continuance outweigh the best interests of the
16 public and the defendant in a speedy trial.  The Court also finds that time from December 10,
17 2007 through December 21, 2007 shall be excluded from Speedy Trial Act calculations for
18 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the
19 requested continuance would deny counsel reasonable time necessary for effective preparation,
20 taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18
21 U.S.C. § 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED:_____              _____
                                     THE HONORABLE MARIA-ELENA JAMES
26                                   United States Magistrate Judge

Stipulation and [Proposed] Order Excluding Time
CR 07-764-SI                                                                                      2