| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN FRANCISCO | COMMITMENT |
|---|---|
| | FILED<br>San Francisco County Superior Court<br>MAY 1 0 2000<br>ALAN CARLSON, Clerk<br>BY _____ Deputy Clerk |

People of the State of California vs. JUAN HERERRA

| SC# | Dept No. | Judge |
|---|---|---|
| 178957 | M11 | CYNTHIA MING-MEI LEE |

Counsel for the above-named defendant, DAVID HARRISON, present. Defendant was convicted of the following crime(s) of felony by plea on 04/13/2000

Special appearance by M. MANICINI, DA for the Assistant DA of Record.

Court has appointed DAVID HARRISON, private counsel.

| Count | Code | Section | Degree | MC # | Plea | Finding |
|---|---|---|---|---|---|---|
| 02 | HS | 11351.5/F | | 01893248 | | G |

Arraignment for judgment is waived.

The Court orders imposition of sentence suspended.

Probation is ordered granted for a period of 3 year(s), subject to the following terms and conditions:

The defendant shall serve a term in County Jail of 90 day(s).

Defendant is to receive credit for time served of 7 day(s).

Sentence may be served through SWAP. Defendant to report June 7, 2000, at 8:00 AM and pay SWAP fees as determined.

I hereby certify that the foregoing is a true and correct abstract of orders duly made in the above entitled action 05/15/2000 and in the minutes of the Superior Court.

ALAN CARLSON, CLERK

by ELAINE EDGECOMBE DEPUTY CLERK



THE ANNEXED INSTRUMENT IS A CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE
ATTEST CERTIFIED
SEP 0 7 2001
ALAN CARLSON, Clerk
Superior Court of California, County of San Francisco
BY _____ DEPUTY CLERK

ACES (01/21/2000)p5/15/2000
ACES Version: Version 1.21g

Page 1 of 1