```
        A-NUM : 079371708             LAST-NAME : HERRERA-SANTOS
        NATLTY: MEXIC                 FIRST-NAME: JUAN

  DATE-DOCKET-CLEARED: 10/15/2001      DEPART-CLEARED-STAT: 8

     TRANSFER-TO-DCO:                  DATE-DOCKET-TRANSFER:

     DATE-DEPARTED: 10/02/2001            PORT-DEPARTED: SYS

     DEPART-COUNTRY: MEXIC      FINAL-CHARGE: I2A2    EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

USA00449