```
A-NUM : 079371708                    LAST-NAME : HERRERA-SANTOS
NATLTY: MEXIC                        FIRST-NAME: JUAN

DATE-DOCKET-CLEARED: 09/13/2002      DEPART-CLEARED-STAT: 6

TRANSFER-TO-DCO:                     DATE-DOCKET-TRANSFER:
```
---
```
DATE-DEPARTED: 09/07/2002            PORT-DEPARTED: SYS

DEPART-COUNTRY: MEXIC    FINAL-CHARGE: RI9A2    EXPENSE-CODE: 1
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN

USA00288