**Warrant of Removal / Deportation**

File No.: **A 79 371 708**

Date: 4/9/03

To any officer of the Immigration and Naturalization Service:

**HERRERA-Santos, Juan**        AKA        **Juan Herrera**

(Full name of alien)

who entered the United States at        **San Ysidro, California**        on **an unknown date in September 2002**

(Place of entry)        (Date)

is subject to removal / deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings

☑ a district director or a district director's designated official

☐ the Board of Immigration Appeals

☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 241(a)(5) of the Immigration and Nationality Act.**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Appropriation, "Salaries and Expenses" Immigration and Naturalization Service, including the expense of an attendant, if necessary.

_Mark S. Reinhard_

(Signature of authorized INS official)

District Director

(Title of INS official)

4/9/03    SFR

(Date and office location)

Form I-205 (Rev. 4-1-97)N

USA00167

To be completed by Service officer executing the warrant:    File No.: __A 79 371 708__

Name of alien being removed:

**HERRERA-Santos, Juan**

Port, date, and manner of removal : _____

Photograph of alien
removed

Right index fingerprint
of alien removed

x ___Juan Herrera___
(Signature of alien being fingerprinted)

___S. H. Mr #908___
(Signature and title of INS official taking fingerprint)

DEPORTED-SYS

APR 0 9 2003

AFOOT

**Departure witnessed by:** _____

(Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self - removal (self - deportation), pursuant to 8 CFR 241.7, check here.

**Departure Verified by:**

(Signature and title of INS official)

Form I-205 (Rev. 4-1-97)N

USA00168