U.S. Department of Justice
Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No: __A 79-371-708__
Date: __NOV 3 0 2005__

**To any officer of the United States Immigration and Naturalization Service:**

__HERRERA-Santos, Juan__
(Full name of alien)

who entered the United States at __Calexico, California__ on __July 1, 2005__, is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

**Section 212(a)(6)(A)(i)**

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of the Immigration and Naturalization Service 2004, including the expense of an attendant if necessary.

_____
(Signature of INS official)

**Phillip Crawford**
**Field Office Director**
**Phoenix Detention and Removal Operations**
(Title of INS official)

NOV 3 0 2005                         Eloy, Arizona
(Date and Office location)

**UNDER DOCKET CONTROL EAZ**

I-205 (Rev 4-1-97)N

9/18/2007 7:10:13 AM 2 of 6

USA00015

To be completed by Service officer executing the warrant:
Name of alien being removed:

**HERRERA-Santos, Juan**

Port, date, and manner of removal: **DEPORTED TO MEXICO VIA NOGALES, AFOOT    NOV 3 0 2005**

Photograph of alien Removed

Right index fingerprint of alien removed

(Signature of alien being fingerprinted)

(Signature and title of INS official taking print)

Jerald Sullivan
Immigration Enforcement Agent

Departure witnessed by: _____

(Signature and title of INS official)

Theodore Perez
Immigration Enforcement

If actual departure is not witnessed, fully identify source or means of verification of departure

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure verified by: _____

(Signature and title of INS official)

Theodore Perez
(Printed name of INS official)
Immigration Enforcement Agent

Form I-205 (Rev 4-1-97)N