**U.S. Department of Justice**

Immigration and Naturalization Service

# Warrant of Removal/Deportation

File No. A079 371 708

Date AUGUST 1, 2005

## To any officer of the United States Immigration and Naturalization Service:

Juan HERRERA-Santos aka: RIVERA, JUAN
(Full name of alien)

who entered the United States at SAN YSIDRO, CALIFORNIA on December 1, 2005
(Place of entry)                              (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a district director or a district director's designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you, to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Immigration and Naturalization Service 2005.

NANCY ALCANTAR
(Signature of INS official)

FIELD OFFICE DIRECTOR
(Title of INS official)

NOV 28, 2006, SFR
(Date and office location)

USA00020

To be completed by Service officer executing the warrant:

Name of alien being removed:

Juan HERRERA-Santos

Port, date, and manner of removal:

DEPORTED-SYS

2 8 7095

AFOOT

Photograph of alien
removed

Right index fingerprint
of alien removed

*(Signature of alien being fingerprinted)*

*(Signature and title of INS official taking print)*

Departure witnessed by: _____

*(Signature and title of INS official)*

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____

*(Signature and title of INS official)*

USA00021