**U.S. Department of Justice**

Immigration and Naturalization Service

# Warning to Alien Ordered Removed or Deported

|  |  |
|---|---|
| File No: | CAG0702000546<br>A079 371 708 |
| Date: | 02/19/2007 |

Alien's full name:  **Juan HERRERA-SANTOS   AKA: RIVERA-SANTOS, JUAN**

In accordance with the provisions of section 212(a)(9) of the  Immigration and Nationality Act(Act), you are prohibited from entering, attempting to enter, or belong in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful  permanent resident.

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

    ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of having been present in the United States without admission or parole.

    ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by a judge of the United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because after having been previously excluded, deported, or removed from the United States, you have been found:

    ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

    ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

    ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

    ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable  under section 241 or 237 of the Act, and ordered deported or removed from the United States,and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or office of the Immigration and Naturalization Service. Refer to the above file number when requesting forms or information.

---

**WARNING: Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Attorney General's express consent. Any alien who violates this section of the law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.**

---

| CHRISTOPHER GRIJALVA | BORDER PATROL AGENT | CASA GRANDE, AZ,<br>BORDER PATROL STATION |
|---|---|---|
| (Signature of officer serving warrant) | (Title of officer) | (Location of INS office) |

Form I-294(6-1-97)N

USA00039

To be completed by Service officer executing the warrant:

Name of alien being removed:

Juan HERRERA-SANTOS

Port, date, and manner of removal: _NOGALES, AZ, POE  2/22/07 AFoot_

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
(Signature of alien being fingerprinted)

_____
(Signature and title of INS official taking print)

Departure witnessed by: _____
                            (Signature and title of INS official)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____        _____

USA00040

Form I-205 (Rev 4-1-97)N