EXHIBIT A

FILED 2007 NOV -9 PM 2:45

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MIRNO PLIEGO-SANCHEZ,<br>　　aka "Mirno Pliego-Concha,"<br>　　aka "Mirno Diego Sanchez,"<br>　　aka "Mirno Perez Sanchez,"<br><br>　　　　　Defendant. | CR No. 07-**07-01248**<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the<br>United States Following<br>Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about September 5, 2007, defendant MIRNO PLIEGO-SANCHEZ, also known as ("aka") "Mirno Pliego-Concha," aka "Mirno Diego Sanchez," aka "Mirno Perez Sanchez," an alien, who had been officially deported and removed from the United States on or about October 14, 2005; June 8, 2002; April 10, 2001; October 28, 1998; and January 15, 1998, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or

1 his designated successor, the Secretary for Homeland Security, to
2 reapply for admission to the United States following deportation
3 and removal.
4   At least one of defendant's previously alleged deportations
5 and removals from the United States occurred subsequent to
6 defendant's conviction for one or more of the following
7 aggravated felonies:
8   (1) Possession of Cocaine Base for Sale, in violation of
9 California Health and Safety Code Section 11351.5, on or about
10 July 16, 1996, in the Superior Court of California, County of Los
11 Angeles, case number YA028174, a drug trafficking offense for
12 which the sentence imposed exceeded 13 months' imprisonment;
13   (2) Possession of Cocaine Base for Sale, in violation of
14 California Health and Safety Code Section 11351.5, on or about
15 October 4, 1991, in the Superior Court of California, County of
16 Los Angeles, case number YA009045, a drug trafficking offense for
17 which the sentence imposed exceeded 13 months' imprisonment; and
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  (3) two counts of Improper Entry by Alien, in violation of
2  Title 8, United States Code, Section 1325(a), on or about October
3  23, 2003, in the United States District Court for the Central
4  District of California, case number CR 03-00830-RT, which
5  occurred subsequent to defendant's deportation on the basis of an
6  aggravated felony conviction.

A TRUE BILL

/S/
_____
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*Curtis A. Kin* (signature)

CURTIS A. KIN
Assistant United States Attorney
Chief, Domestic Security & Immigration Crimes Section

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
General Crimes Section

3

# EXHIBIT B

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
· vs.

JOSE LUIS HERNANDEZ-RODRIGUEZ,
aka Isad Hernandez,
aka Jorge Prieto Hernandez,
aka Jose Hernandez Rodriguez,
aka Juan Hernandez,
aka Carlos Hernandez Hernandez.

### INDICTMENT

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(2) - Deported Alien Found in the United States

*A true bill,*

/S/

_____ *Foreman.*

*Filed in open court this* __29th__ *day*

*of* __November__, A.D. 2007

C. Schultz
*Clerk.*

*Bail, $* No Bail - Previously Ordered Detained.

Dale A. Drozd

GPO 863 525

1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782



**FILED**

NOV 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )    2:07-CR-0535 EJG
                                         )
        Plaintiff,                       )
                                         )    VIOLATION: 8 U.S.C.
    v.                                   )    §§ 1326(a) and (b)(2) -
                                         )    Deported Alien Found in the
                                         )    United States
JOSE LUIS HERNANDEZ-RODRIGUEZ,           )
    aka Isad Hernandez,                  )
    aka Jorge Prieto Hernandez,          )
    aka Jose Hernandez Rodriguez,        )
    aka Juan Hernandez,                  )
    aka Carlos Hernandez Hernandez,      )
                                         )
        Defendant.                       )
_____)

## I N D I C T M E N T

The Grand Jury charges: T H A T

JOSE LUIS HERNANDEZ-RODRIGUEZ,
    aka Isad Hernandez,
    aka Jorge Prieto Hernandez,
    aka Jose Hernandez Rodriguez,
    aka Juan Hernandez,
    aka Carlos Hernandez Hernandez,

defendant herein, an alien, on or about May 27, 2003, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

1

1  Transportation of Heroin for Sale in violation of
   California Health and Safety Code Section 11352(a), on or
2  about May 28, 1998, in Sacramento County, California;
3  and, thereafter, on or about November 9, 2007, the defendant was
4  found in the State and Eastern District of California, with neither
5  the Attorney General of the United States nor the Secretary of the
6  Department of Homeland Security having expressly consented to a
7  reapplication by the defendant for admission into the United States,
8  in violation of Title 8, United States Code, Sections 1326(a) and
9  (b)(2).

A TRUE BILL.


FOREPERSON

/s/ Larry Brown

McGREGOR W. SCOTT
United States Attorney

**DEFENDANT:**   JOSE LUIS HERNANDEZ-RODRIGUEZ,
aka Isad Hernandez,
aka Jorge Prieto Hernandez,
aka Jose Hernandez Rodriguez,
aka Juan Hernandez,
aka Carlos Hernandez Hernandez

**VIOLATION:**   8 U.S.C. §§ 1326(a) and (b)(2)- Deported Alien Found in the United States

**PENALTY:**   Not more than twenty (20) years in prison,
Not more than $250,000 fine, or both;
Not more than three (3) year term supervised release.

**ASSESSMENT:**   $100 (felony)

# EXHIBIT C

FILED

07 NOV 23 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: POL  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury  07 CR 3216 IEG

| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
|---|---|
| Plaintiff, | ) |
| | ) **I N D I C T M E N T** |
| v. | ) |
| | ) Title 8, U.S.C., Secs. 1326(a) |
| SERGIO SANTOS, | ) and (b) - Deported Alien Found |
| | ) in the United States |
| Defendant. | ) |

The grand jury charges:

On or about September 24, 2007, within the Southern District of California, defendant SERGIO SANTOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:em:San Diego
11/23/07

1  It is further alleged that defendant SERGIO SANTOS was removed
2  from the United States subsequent to December 15, 2003.
3  DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2