**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 12/21/07

Case No.   CR-07-0764 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -V- JUAN HERRERA-SANTOS  (c)(p)(sp.int. Basker)

Attorneys:   A. Sambat             S. Kalar

Deputy Clerk:  Tracy Sutton  Court Reporter: J. Columbini

**PROCEEDINGS**

1)  Trial Setting - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN       ( ) SUBMITTED
                                                        PART

Case continued to **1/25/08  @ 11:00 a.m.**   To Set Motions/Status/Possible Change of Plea

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Cont. Of Counsel/Effective Preparation
**Delay begins:          Delay ends: 1/25/08**
(      AUSA to draft order            )

ORDERED AFTER HEARING:
Defense anticipates litigating the issue of a possible improper arraignment before Judge Illston.

Counsel needs additional time to review discovery.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )