1    JOSEPH P. RUSSONIELLO (CABN 44332)
     United States Attorney

2

3    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division

4

5    TAREK J. HELOU (CABN 218225)
     Assistant United States Attorney

6
        450 Golden Gate Avenue, Box 36055
7       San Francisco, California  94102
        Telephone:     (415) 436-7071
8       Facsimile:     (415) 436-7234
        Tarek.J.Helou@usdoj.gov

9

10   Attorneys for Plaintiff

11

12                       UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16   UNITED STATES OF AMERICA,          )    CR No. 07-764-SI
                                        )
17        Plaintiff,                    )    STIPULATION AND [PROPOSED] ORDER
                                        )    EXCLUDING TIME UNDER 18 U.S.C. § 3161
18        v.                            )
                                        )
19   JUAN HERRERA-SANTOS,               )
                                        )
20        Defendant.                    )
     _____  )

21

22       On December 21, 2007, the parties in this case appeared before the Court and stipulated that

23   time from December 21, 2007 through January 25, 2008 should be excluded from Speedy Trial

24   Act calculations because defense counsel needs adequate time to review discovery, which

25   government counsel has produced and additional discovery, which the government will produce.

26   The parties represented to the Court that the length of the requested continuance was the

27   reasonable amount of time necessary for effective preparation of defense counsel, taking into

28   account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed

Stipulation and [Proposed] Order Excluding Time
CR 07-764-SI                                                                              1

1  that the ends of justice served by this continuance outweighed the best interests of the public and

2  the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

3

4  SO STIPULATED:

5
                                                JOSEPH P. RUSSONIELLO
6                                               United States Attorney

7

8  DATED: January 17, 2008                              /s/
                                                _____
                                                TAREK J. HELOU
9                                               Assistant United States Attorney

10

11 DATED: January 17, 2008                              /s/
                                                _____
                                                STEVEN KALAR
12                                              Attorney for Defendant JUAN HERRERA-SANTOS

13

14      As the Court found on December 21, 2007, and for the reasons stated above, the Court finds

15 that the ends of justice served by the requested continuance outweigh the best interests of the

16 public and the defendant in a speedy trial.  The Court also finds that time from December 21,

17 2007 through January 25, 2008 shall be excluded from Speedy Trial Act calculations for

18 effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the

19 requested continuance would deny counsel reasonable time necessary for effective preparation,

20 taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18

21 U.S.C. § 3161(h)(8)(B)(iv).

22

23 SO ORDERED.

24

25 DATED:_____                          _____
                                                THE HONORABLE SUSAN ILLSTON
26                                              United States District Judge

27

28

Stipulation and [Proposed] Order Excluding Time
CR 07-764-SI                                                                          2