IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>JUAN HERRERA-SANTOS,<br><br>          Defendant. | No. CR 07-0764 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Friday, January 25, 2008 at 11:00 am<br><br>**Proposed Hearing Date**: Friday, February 1, 2008 at 11:00 am |

    The defendant Juan Herrera-Santos is currently scheduled to appear before this Court on Friday, January 25, 2008 for motion and trial setting. In this stipulated order, counsel for Mr. Herrera-Santos represents that he will be unavailable on that date because of a conflicting work obligation that arose late last week. In addition, the parties represent that the government will shortly be providing AFPD Kalar with a copy of the deportation hearing recording, and that defense counsel will need some time to review this new evidence before setting dates.

    Therefore, Mr. Kalar has asked that the hearing date now scheduled for January 25, 2008 be continued to February 1, 2008. AUSA Helou has no objection to this request.

//

//

*Herrera-Santos*, CR 07-0764 SI
ORD. CONT. STATUS HEARING

In light of defense counsel's unavailability, and his need to review additional discovery, the status appearance now scheduled for January 25, 2008 is vacated. The matter shall be added to the Court's calendar for Friday, February 1, 2008 at 11:00 a.m. for motion and trial setting. Time shall be excluded from the Speedy Trial Act calculations in light of the unavailability of defense counsel, and to permit for the effective preparation of defense counsel.

IT IS SO ORDERED.

_____
DATED                                             SUSAN ILLSTON
                                                  United States District Court Judge

IT IS SO STIPULATED.

January 22, 2008                                  ___/s_____
DATED                                             JOSEPH P. RUSSONIELLO
                                                  United States Attorney
                                                  Northern District of California
                                                  TAREK J. HELOU
                                                  Assistant United States Attorney


January 22, 2008                                  ___/s_____
DATED                                             BARRY J. PORTMAN
                                                  Federal Public Defender
                                                  Northern District of California
                                                  STEVEN G. KALAR
                                                  Assistant Federal Public Defender

*Herrera-Santos*, CR 07-0764 SI
ORD. CONT. STATUS HEARING                    2