1  Glenn Kantor - SBN 122643
   gkantor@kantorlaw.net
2  Corinne Chandler - SBN111423
   cchandler@kantorlaw.net
3  Brent D. Brehm - SBN 248983
   bbrehm@kantorlaw.net
4  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
5  Northridge, CA 91324
   (818) 886-2525 (TEL)
6  (818) 350-6272 (FAX)

7  Attorneys for Plaintiff, Jeffrey Simon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY SIMON,<br><br>Plaintiff,<br><br>VS.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND THE LIPMAN COMPANY DBA OPTI-SOURCE;<br><br>Defendants. | CASE NO: 07-CV-02213 SI<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendants by and through their respective counsel of record, that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorney's fees.

DATED: January 7, 2008        KANTOR & KANTOR, LLP

                              BY: _____
                                  Brent Dorian Brehm
                                  Attorneys for plaintiff

DATED: January 30, 2008       KELLY, HERLIHY & KLEIN, LLP

                              BY: _____
                                  John C. Ferry
                                  Attorneys for defendant

|   |   |
|---|---|
| 1 |  |
| 2 | ORDER |
| 3 |  |
| 4 | Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. |
| 5 |  |
| 6 | DATED: |
| 7 | *[signature: Susan Illston]* |
|   | The Honorable Susan Illston |
|   | U.S. District Court Judge |