JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:     (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07-764-SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. | |
| JUAN HERRERA-SANTOS, | |
| Defendant. | |

On February 1, 2008, the parties in this case appeared before the Court and stipulated that time from February 1, 2008 through February 8, 2008 should be excluded from Speedy Trial Act calculations because defense counsel needs adequate time to review discovery, which government counsel recently produced.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

1  outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §
2  3161(h)(8)(A).

4  SO STIPULATED:

                                    JOSEPH P. RUSSONIELLO
6                                   United States Attorney

8  DATED: February 1, 2008              /s/
                                    TAREK J. HELOU
9                                   Assistant United States Attorney

11 DATED: February 1, 2008              /s/
                                    STEVEN KALAR
12                                  Attorney for Defendant JUAN HERRERA-SANTOS

14     As the Court found on February 1, 2008, and for the reasons stated above, the Court finds
15 that the ends of justice served by the requested continuance outweigh the best interests of the
16 public and the defendant in a speedy trial.  The Court also finds that time from February 1, 2008
17 through February 8, 2008 shall be excluded from Speedy Trial Act calculations for effective
18 preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested
19 continuance would deny counsel reasonable time necessary for effective preparation, taking into
20 account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. §
21 3161(h)(8)(B)(iv).

23 SO ORDERED.

25 DATED:_____
                                    THE HONORABLE SUSAN ILLSTON
26                                  United States District Judge

Stipulation and [Proposed] Order Excluding Time
CR 07-764-SI                                                                                    2