**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 2/8/08

Case No.   CR-07-0764 SI          Judge:   SUSAN ILLSTON

Title:   UNITED STATES -V- JUAN HERRERA-SANTOS  (c)(p)(sp.int. Basker)

Attorneys:   Helou           S. Kalar

Deputy Clerk: Tracy Sutton   Court Reporter: J. Gonzales

**PROCEEDINGS**

1) Status - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                                 PART

Case continued to

Case continued to **4/18/08 @ 11:00 a.m.**   for Motion to Dismiss/Trial Setting
(Motion due 3/14/08 , Opposition 3/28/08, Reply 4/11/08 )

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:    Effective Preparation
**Delay begins:          Delay ends: 3/14/08**
(       AUSA to draft order              )

ORDERED AFTER HEARING:
The parties were not able to enter into a plea agreement as originally expected.

Mr. Kalar shall follow up with the jail on the proper medical treatment not being given to the defendant for his broken finger.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )