1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4

5  TAREK J. HELOU (CABN 218225)
   Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California  94102
       Telephone:     (415) 436-7071
8      Facsimile:     (415) 436-7234
       Tarek.J.Helou@usdoj.gov
9

10 Attorneys for Plaintiff

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,         ) CR No. 07-764-SI
                                       )
17 |      Plaintiff,                   ) STIPULATION AND [PROPOSED] ORDER
                                       ) EXCLUDING TIME UNDER 18 U.S.C. § 3161
18 |      v.                           )
                                       )
19 | JUAN HERRERA-SANTOS,              )
                                       )
20 |      Defendant.                   )
                                       )
21

22     On February 8, 2008, the parties in this case appeared before the Court and stipulated that

23 time from February 8, 2008 through March 14, 2008 should be excluded from Speedy Trial Act

24 calculations because defense counsel needs adequate time to continue investigation related to

25 this case and to draft motions.  The parties represented to the Court that the length of the

26 requested continuance was the reasonable amount of time necessary for effective preparation of

27 defense counsel, taking into account the exercise of due diligence.  18 U.S.C. §

28 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by this continuance

Stipulation and [Proposed] Order Excluding Time
CR 07-764-SI                                                                                    1

outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                      JOSEPH P. RUSSONIELLO
                                      United States Attorney

DATED: February 14, 2008                       /s/
                                        TAREK J. HELOU
                                        Assistant United States Attorney

DATED: February 14, 2008                       /s/
                                        STEVEN KALAR
                                        Attorney for Defendant JUAN HERRERA-SANTOS

    As the Court found on February 8, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.  The Court also finds that time from February 8, 2008 through March 14, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(8)(A).  Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                       _____
                                        THE HONORABLE SUSAN ILLSTON
                                          United States District Judge