EXHIBIT A

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

E-filing

UNITED STATES OF AMERICA,

V.

JUAN HERRERA-SANTOS

DEFENDANT.

## INDICTMENT

Title 8, United States Code, section 1326 - Illegal
Reentry by an Alien After Deportation (Class C Felony)

A true bill.

_____ Foreman

Filed in open court this ___4___ day of
Dec, 2007

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _____
No Arrest

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Title 8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-filing

**DEFENDANT - U.S.**

▶ JUAN HERRERA-SANTOS

**DISTRICT COURT NUMBER**

CR 07 0764 SI

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
07-70692

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  TAREK HELOU

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year 11/13/2007

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT  Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

**ORIGINAL**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 DEC -4 PM 1:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07 0764 SI |
| Plaintiff, | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry Following Deportation |
| v. | |
| JUAN HERRERA-SANTOS, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about October 3, 2001, September 7, 2002, April 9, 2003, April 22, 2005, July 1, 2005, November 30, 2005, November 28, 2006, and February 22, 2007, the defendant,

JUAN HERRERA-SANTOS,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about September 17, 2007, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

//
//
//

INDICTMENT                1

1 application by the defendant for admission into the United States, in violation of Title 8, United
2 States Code, Section 1326.

4 DATED: December 9, 2007          A TRUE BILL.

                                   _____
                                   FOREPERSON

7 SCOTT N. SCHOOLS
  United States Attorney

10 KYLE F. WALDINGER
   Deputy Chief, Major Crimes Section

12 (Approved as to form: _____)
                        AUSA HELOU

INDICTMENT                         2