EXHIBIT F

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 16 2007

JAMES R. LARSEN, CLERK
DEPUTY
YAKIMA, WASHINGTON

JAMES A. McDEVITT
United States Attorney
Eastern District of Washington
SHAWN N. ANDERSON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509)  454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**CR-07-6042-FVS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) **INDICTMENT** |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) <u>Vio</u>:  8 U.S.C. § 1326 |
| v. | ) Alien in United States |
| | ) After Deportation |
| | ) |
| RICARDO RAMOS-TADEO, | ) |
| | ) |
| | ) |
| Defendant. | ) |

The Grand Jury charges:

That on or about September 12, 2007, the defendant, RICARDO RAMOS-TADEO, a citizen and National of Mexico, who had theretofore on or about September 27, 2005, been denied admission, excluded, deported and removed from the United States at Nogales, Arizona, was found in Franklin County, in the Eastern District of Washington, and he did not then have the express consent of the Attorney General and the Secretary of the Department of Homeland

Indictment - 1

1  Security to reapply for admission into the United States; all in

2  violation of Title 8, United States Code, Section 1326; Title 6,

3  United States Code Sections 101, 202(3) & (4), 402, and 557.

4

5          DATED: October 16, 2007.

6

7                                    A TRUE BILL

8

9

10

11

JAMES A. McDEVITT
12  United States Attorney

13

14

DONALD E. KRESSE, JR.
15  Supervisory Assistant United States Attorney

16

17

SHAWN N. ANDERSON
18  Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

Indictment - 2