# EXHIBIT G

1
2
3
4
5
6
7                Case 3:07-cr-00764-SI   Document 11-2   Filed 12/14/2007   Page 2 of 12
8                    UNITED STATES DISTRICT COURT
9                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                         June 2007 Grand Jury

11 | UNITED STATES OF AMERICA,     )  CR No. 07-**07-01248**
   |                                )
12 |          Plaintiff,           )  I N D I C T M E N T
   |                                )
13 |     v.                         )  [8 U.S.C. §§ 1326(a), (b)(2):
   |                                )  Illegal Alien Found in the
14 | MIRNO PLIEGO-SANCHEZ,          )  United States Following
   |     aka "Mirno Pliego-Concha," )  Deportation]
15 |     aka "Mirno Diego Sanchez," )
   |     aka "Mirno Perez Sanchez," )
16 |                                )
   |          Defendant.            )
17 |_____)

18        The Grand Jury charges:

19             [8 U.S.C. §§ 1326(a), (b)(2)]

20        On or about September 5, 2007, defendant MIRNO PLIEGO-
21 SANCHEZ, also known as ("aka") "Mirno Pliego-Concha," aka "Mirno
22 Diego Sanchez," aka "Mirno Perez Sanchez," an alien, who had been
23 officially deported and removed from the United States on or
24 about October 14, 2005; June 8, 2002; April 10, 2001; October 28,
25 1998; and January 15, 1998, was found in Los Angeles County,
26 within the Central District of California, after knowingly and
27 voluntarily re-entering and remaining in the United States
28 without having obtained permission from the Attorney General or

FILED  2007 NOV -9  PM 2:45

Case 3:07-cr-00764-SI   Document 24-8   Filed 03/14/2008   Page 3 of 4
Case 2:07-cr-01248-ER   Document 11   Filed 11/09/2007   Page 2 of 3
Case 3:07-cr-00764-SI   Document 11-2   Filed 12/14/2007   Page 3 of 12

1  his designated successor, the Secretary for Homeland Security, to
2  reapply for admission to the United States following deportation
3  and removal.
4      At least one of defendant's previously alleged deportations
5  and removals from the United States occurred subsequent to
6  defendant's conviction for one or more of the following
7  aggravated felonies:
8      (1) Possession of Cocaine Base for Sale, in violation of
9  California Health and Safety Code Section 11351.5, on or about
10 July 16, 1996, in the Superior Court of California, County of Los
11 Angeles, case number YA028174, a drug trafficking offense for
12 which the sentence imposed exceeded 13 months' imprisonment;
13     (2) Possession of Cocaine Base for Sale, in violation of
14 California Health and Safety Code Section 11351.5, on or about
15 October 4, 1991, in the Superior Court of California, County of
16 Los Angeles, case number YA009045, a drug trafficking offense for
17 which the sentence imposed exceeded 13 months' imprisonment; and
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

1  (3) two counts of Improper Entry by Alien, in violation of
2  Title 8, United States Code, Section 1325(a), on or about October
3  23, 2003, in the United States District Court for the Central
4  District of California, case number CR 03-00830-RT, which
5  occurred subsequent to defendant's deportation on the basis of an
6  aggravated felony conviction.

A TRUE BILL

/S/
Foreperson

THOMAS P. O'BRIEN
United States Attorney

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

*Curtis A. Kin*

CURTIS A. KIN
Assistant United States Attorney
Chief, Domestic Security & Immigration Crimes Section

RODRIGO A. CASTRO-SILVA
Assistant United States Attorney
Chief, General Crimes Section

ERIC D. VANDEVELDE
Assistant United States Attorney
General Crimes Section

3