EXHIBIT H

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

JOSE LUIS HERNANDEZ-RODRIGUEZ,
aka Isad Hernandez,
aka Jorge Prieto Hernandez,
aka Jose Hernandez Rodriguez,
aka Juan Hernandez,
aka Carlos Hernandez Hernandez.

## INDICTMENT

**VIOLATION(S):** 8 U.S.C. §§ 1326(a) and (b)(2) - Deported Alien Found in the United States

*A true bill,*

/S/

_____
*Foreman.*

*Filed in open court this* 29th *day*

*of* November *, A.D. 2007*

C. Schultz
*Clerk.*

Bail, $ No Bail - Previously Ordered Detained.

Dale A. Drozd

GPO 863 525

1  McGREGOR W. SCOTT
   United States Attorney
2  KYLE F. REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2782



**FILED**

NOV 29 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,           )   2:07-CR 0535 EJG
                                        )
12          Plaintiff,                  )
                                        )   VIOLATION: 8 U.S.C.
13     v.                               )   §§ 1326(a) and (b)(2) -
                                        )   Deported Alien Found in the
14  JOSE LUIS HERNANDEZ-RODRIGUEZ,      )   United States
        aka Isad Hernandez,             )
15      aka Jorge Prieto Hernandez,     )
        aka Jose Hernandez Rodriguez,   )
16      aka Juan Hernandez,             )
        aka Carlos Hernandez Hernandez, )
17                                      )
            Defendant.                  )
18  _____)

**I N D I C T M E N T**

The Grand Jury charges:  T H A T

JOSE LUIS HERNANDEZ-RODRIGUEZ,
    aka Isad Hernandez,
    aka Jorge Prieto Hernandez,
    aka Jose Hernandez Rodriguez,
    aka Juan Hernandez,
    aka Carlos Hernandez Hernandez,

defendant herein, an alien, on or about May 27, 2003, was excluded, deported and removed from the United States after being convicted of one or more crimes punishable by a term of imprisonment exceeding one year, specifically:

1

1  Transportation of Heroin for Sale in violation of
   California Health and Safety Code Section 11352(a), on or
2  about May 28, 1998, in Sacramento County, California;
3  and, thereafter, on or about November 9, 2007, the defendant was
4  found in the State and Eastern District of California, with neither
5  the Attorney General of the United States nor the Secretary of the
6  Department of Homeland Security having expressly consented to a
7  reapplication by the defendant for admission into the United States,
8  in violation of Title 8, United States Code, Sections 1326(a) and
9  (b)(2).

Case 3:07-cr-00764-SI   Document 11-2   Filed 12/14/2007   Page 8 of 12

                         A TRUE BILL.



McGREGOR W. SCOTT
United States Attorney

| | |
|---|---|
| **DEFENDANT:** | **JOSE LUIS HERNANDEZ-RODRIGUEZ, aka Isad Hernandez, aka Jorge Prieto Hernandez, aka Jose Hernandez Rodriguez, aka Juan Hernandez, aka Carlos Hernandez Hernandez** |
| **VIOLATION:** | 8 U.S.C. §§ 1326(a) and (b)(2)- Deported Alien Found in the United States |
| **PENALTY:** | Not more than twenty (20) years in prison, Not more than $250,000 fine, or both; Not more than three (3) year term supervised release. |
| **ASSESSMENT:** | $100 (felony) |