# EXHIBIT I

FILED

07 NOV 23 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

POL

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury    07 CR 3216 IEG

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| SERGIO SANTOS, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about September 24, 2007, within the Southern District of California, defendant SERGIO SANTOS, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

JJO:em:San Diego
11/23/07

1 | It is further alleged that defendant SERGIO SANTOS was removed
2 | from the United States subsequent to December 15, 2003.
3 | DATED: November 28, 2007.

A TRUE BILL:

*/s/ Foreperson*

Case 3:07-cr-00764-SI   Document 1   Filed 12/14/2007   Page 12 of 12

KAREN P. HEWITT
United States Attorney

By: */s/ Joseph J.M. Orabona*
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

2