EXHIBIT J

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED APR -6 PM 2:41

CR 06 0241 MMC

E-Filing

UNITED STATES OF AMERICA,

V.

MAXIMILIANO LOPEZ-PEREZ,

DEFENDANT.

## INDICTMENT

VIOLATION: 8 U.S.C. § 1326--Illegal Reentry by an Alien After Deportation

A true bill.

_____ Foreman

Filed in open court this 6th day of April, 2006.

_____ Clerk

Bail, $ no bail arrest warrant

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO VENUE

FILED
APR 6 PM 2:41
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Title 8, United States Code, Section 1326 -- Illegal Reentry Following Deportation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

E-Filing

**PENALTY:**
20 years imprisonment; $250,000 fine; $100 Special Assessment; 3 years supervised release

**DEFENDANT - U.S.**
▶ MAXIMILIANO LOPEZ-PEREZ

**DISTRICT COURT NUMBER**
CR 06 0241 MMC

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: **KEVIN V. RYAN**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **NAHLA RAJAN**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount: **NO BAIL**

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

FILED
06 APR -6 PM 2:41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 06 0241 MMC |
|     Plaintiff, ) | |
| v. ) | VIOLATION: 8 U.S.C. § 1326 – Illegal Reentry by an Alien After Deportation |
| MAXIMILIANO LOPEZ-PEREZ, ) | |
|     Defendant. ) | SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

    On or about January 27, 2006, the defendant,

        MAXIMILIANO LOPEZ-PEREZ,

an alien, having been previously excluded, deported and removed from the United States to Mexico, was found in the Northern District of California, the Attorney General of the United States or the Secretary for the Department of Homeland Security not having expressly consented to a reapplication by the defendant for admission into the United States, in violation of Title 8,

INDICTMENT        1

United States Code, Section 1326.

DATED: April 6, 2006

A TRUE BILL.

_____
FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
Ioana Petrou
Chief, Major Crimes Division

(Approved as to form: _____ )
SAUSA RAJAN

INDICTMENT                                    2

Case 3:06-cr-00241-MMC  Document 40  Filed 03/04/2008  Page 6 of 9
Case 3:06-cr-00241-MMC  Document 41-3  Filed 03/04/2008  Page 6 of 9

CLOSED, E–Filing

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:06-cr-00241-MMC-1

| | |
|---|---|
| Case title: USA v. Lopez–Perez | Date Filed: 04/06/2006 |
| | Date Terminated: 02/27/2008 |

Assigned to: Hon. Maxine M. Chesney

### Defendant (1)

**Maximiliano Lopez–Perez**  represented by  **Jodi Linker**
*TERMINATED: 02/27/2008*  Office of the Federal Public Defender
450 Golden Gate Avenue
19th Floor Federal Building – Box 36106
San Francisco, CA 94102
(415) 436–7700
Fax: (415) 436–7706
Email: Jodi_Linker@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts                          Disposition

8:1326 Reentry by an Alien After            Five months in custody, one year supervised
Deportation                                 release, $100 special assessment, no fine (see
(1)                                         judgment for additional conditions)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                        Disposition

None

### Highest Offense Level (Terminated)

None

### Complaints                               Disposition

None

### Plaintiff

**USA**  represented by  **Nahla Rajan**
Office of the U.S. Attorney
450 Golden Gate Ave.
Invalid email address as of 10/16/06
San Francisco, CA 94102
(415)436–7200
Email: invalidaddress@invalidaddress.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2006 | 1 | INDICTMENT as to Maximiliano Lopez–Perez (1) count(s) 1. (rhw, COURT STAFF) (Filed on 4/6/2006) (Entered: 04/06/2006) |
| 04/06/2006 | | CASE DESIGNATED for Electronic Filing. (Entered: 04/06/2006) |
| 04/06/2006 | | No Bail Warrant Issued as to Maximiliano Lopez–Perez. (rhw, COURT STAFF) (Filed on 4/6/2006) (Entered: 04/07/2006) |
| 12/06/2007 | 2 | Minute Entry for proceedings held before Judge Magistrate Judge Maria–Elena James:Arraignment as to Maximiliano Lopez–Perez (1) Count 1 held on 12/6/2007, Initial Appearance as to Maximiliano Lopez–Perez held on 12/6/2007, Added attorney Jodi Linker for Maximiliano Lopez–Perez. Detention Hearing set for 12/11/2007 09:30 AM before Magistrate Judge Maria–Elena James. (Tape #10:58–11:01.) (vlk, COURT STAFF) (Filed on 12/6/2007) (Entered: 12/11/2007) |
| 12/11/2007 | 3 | Minute Entry for proceedings held before Judge Magistrate Judge Maria–Elena James:Detention Hearing as to Maximiliano Lopez–Perez held on 12/11/2007 ; Trial Setting Hearing set for 1/9/2008 02:30 PM before Hon. Maxine M. Chesney. (Tape #9:41–9:43.) (rhw, COURT STAFF) (Filed on 12/11/2007) (Entered: 12/13/2007) |
| 12/14/2007 | 4 | CLERK'S NOTICE Continuance of Hearing Status Conference re–set for 1/9/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco. Trial Setting Hearing re–set for 1/9/2008 09:00 AM in Courtroom 7, 19th Floor, San Francisco before Hon. Maxine M. Chesney. (tl, COURT STAFF) (Filed on 12/14/2007) (Entered: 12/14/2007) |
| 01/08/2008 | 5 | STATUS REPORT *UNITED STATES STATUS MEMORANDUM FOR INITIAL* by Maximiliano Lopez–Perez (Sambat, Albert) (Filed on 1/8/2008) (Entered: 01/08/2008) |
| 01/09/2008 | 6 | Minute Entry for proceedings held before Judge Hon. Maxine M. Chesney:Status Conference as to Maximiliano Lopez–Perez held on 1/9/2008 Status Conference set for 1/16/2008 02:30 PM in Courtroom 7, 19th Floor, San Francisco. (Court Reporter Sahar McVickar.) (tl, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/09/2008) |
| 01/09/2008 | 7 | Sealed Document as to Maximiliano Lopez–Perez (rhw, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/17/2008) |
| 01/09/2008 | 8 | Sealed Document as to Maximiliano Lopez–Perez (rhw, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/17/2008) |
| 01/09/2008 | 9 | Sealed Document as to Maximiliano Lopez–Perez (rhw, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/17/2008) |
| 01/09/2008 | 10 | Sealed Document as to Maximiliano Lopez–Perez (rhw, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/17/2008) |
| 01/09/2008 | 11 | Sealed Document as to Maximiliano Lopez–Perez (rhw, COURT STAFF) (Filed on 1/9/2008) (Entered: 01/17/2008) |
| 01/16/2008 | 12 | Minute Entry for proceedings held before Judge Hon. Maxine M. Chesney:Status Conference as to Maximiliano Lopez–Perez held on 1/16/2008 Trial Setting Hearing set for 2/27/2008 02:30 PM in Courtroom 7, 19th Floor, San Francisco before Hon. Maxine M. Chesney. Change of Plea Hearing set for 2/27/2008 02:30 PM in Courtroom 7, 19th Floor, San Francisco before Hon. Maxine M. Chesney. (Court Reporter Margo Gurule.) (tl, COURT STAFF) (Filed on 1/16/2008) (Entered: 01/17/2008) |
| 02/27/2008 | 13 | PLEA AGREEMENT as to Maximiliano Lopez–Perez (tl, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 14 | Minute Entry for proceedings held before Judge Hon. Maxine M. Chesney:Plea and Sentence Hearing held on 2/27/2008 for Maximiliano Lopez–Perez (1), Count(s) 1, Five months in custody, one year supervised release, $100 special |

| | | |
|---|---|---|
| | | assessment, no fine (see judgment for additional conditions)., Plea entered by Maximiliano Lopez–Perez (1) Guilty Count 1Maximiliano Lopez–Perez (1) Sentenced on Count 1Maximiliano Lopez–Perez (1) Guilty Count 1. (Court Reporter Connie Kuhl.) (tl, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/29/2008 | 15 | Sealing Order – General Order 54 as to Maximiliano Lopez–Perez.. Signed by Judge Hon. Maxine M. Chesney on 2/29/2008. (tl, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 | 16 | JUDGMENT in a Criminal Case as to Maximiliano Lopez–Perez. Signed by Judge Hon. Maxine M. Chesney on 2/29/2008. (tl, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-Filing

Date: **FEB 27 2008**

Case No. CR-06-0241 MMC    JUDGE: **Maxine M. Chesney**

MAXMILLIANO LOPEZ-PEREZ *
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

AL SAMBAT
U.S. ATTORNEY

JODI LINKER
ATTORNEY FOR DEFENDANT

Deputy Clerk: **TRACY LUCERO**

Reporter: CONNIE Kuhl

## PROCEEDINGS

REASON FOR HEARING: Change of Plea - Held.

RESULT OF HEARING: Δ pled guilty to ONE-COUNT INDICTMENT. PLEA AGREEMENT filed w/ Court.
SENTENCE:
5 months in custody; 1 year supervised release, no fine, $100.00 special assessment. (SEE Judgment for Additional Conditions).
USPO - ANN SEARLES
* SPANISH INTERPRETER - MELINDA BASKER

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
     (Motion due ___, Opposition due ___, Reply Due ___)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____