JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:    (415) 436-7071
    Facsimile:    (415) 436-7234
    Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN HERRERA-SANTOS,<br><br>    Defendant. | CR No. 07-0764 SI<br><br>**DECLARATION OF TAREK J. HELOU IN SUPPORT OF UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT**<br><br>Date: April 18, 2008<br>Time: 10:00 a.m.<br>Judge: The Honorable Susan Illston |

HELOU DECL. SUPP. OPP. MOT. DISMISS
CR 07-0764 SI    1

1    I, Tarek J. Helou, declare as follows:

2    1.    I am an Assistant United States Attorney in the Northern District of California. I am counsel of record for the United States in the above-captioned case, *United States v. Juan Herrera-Santos*.

3    2.    Attached as Exhibit A is a true and correct copy of the defendant's record of Sentencing and Commitment from San Francisco County Superior Court, showing that on April 13, 2000, he was convicted of violating California Health and Safety Code Section 11351.5. The United States provides this exhibit only for illustrative purposes for the courtesy of the Court. It was produced to defense counsel on November 29, 2007.

4    3.    Attached as Exhibit B is a true and correct copy of the Indictment in this case.

5    4.    Attached as Exhibit C is a true and correct copy of the Minute Order from the Court's December 10, 2007 Arraignment of the defendant.

6    5.    Attached as Exhibit D is a true and correct copy of the Court's December 17, 2007 Order Re: Arraignment, Order Vacating Dec. 19, 2007 Hearing.

7    6.    Attached as Exhibit E is a true and correct copy of the United States Court of Appeals for the Ninth Circuit's March 10, 2008 decision in *United States v. Hernandez-Amescua*, Case No. 06-50238.

8    7.    Attached as Exhibit F is a true and correct copy of the United States Court of Appeals for the Ninth Circuit's January 22, 2008 decision in *United States v. Barajas-Romo*, Case No. 06-50398.

//
//
//
//
//
//
//

8. Attached as Exhibit G is a true and correct copy of the United States Court of Appeals for the Ninth Circuit's January 18, 2008 decision in *United States v. Ledesma-Aceves*, Case No. 07-30017.

I declare under penalty of perjury that the foregoing is true and correct. Sworn March 28, 2008 at San Francisco, California.

/s/
TAREK J. HELOU