# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION
### VENUE: SAN FRANCISCO

**SI**

E-filing UNITED STATES OF AMERICA,

### V.

JUAN HERRERA-SANTOS

DEFENDANT.

# INDICTMENT

Title 8, United States Code, section 1326 - Illegal
Reentry by an Alien After Deportation (Class C Felony)

A true bill.

_____ Foreman

Filed in open court this ___4___ day of
___Dec. 2007___

**Brenda Tolbert**

Clerk

**MARIA-ELENA JAMES**

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Title 8 U.S.C., Section 1326 -
Illegal Reentry by an Alien After
Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-
meanor
☑ Felony

**E-filing**

PENALTY:

Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:        SHOW
☐ U.S. Att'y  ☐ Defense   DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant            MAGISTRATE
☑ prior proceedings or appearance(s)   CASE NO.
before U.S. Magistrate regarding
this defendant were recorded under   07-70692

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    TAREK HELOU

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ JUAN HERRERA-SANTOS

DISTRICT COURT NUMBER

CR 07    0764  SI

─── DEFENDANT ───

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
was served on above charges   ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges           ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer   ☐ Yes   If "Yes"
been filed?   ☐ No    give date
filed

**DATE OF**  ▶   Month/Day/Year
**ARREST**

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**  ▶   Month/Day/Year
**TO U.S. CUSTODY**    11/13/2007

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

☐ **ORIGINAL**

1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney

2                                              *FILED*

3                                              07 DEC -4 PM 1: 41

4                                              RICHARD W. WIEKING
                                               CLERK, U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF CALIFORNIA

5
    **E-filing**
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11                          CR 07        0764 SI

12  UNITED STATES OF AMERICA,          )   No.
                                       )
13         Plaintiff,                  )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                       )   Reentry Following Deportation
14  v.                                 )
                                       )
15  JUAN HERRERA-SANTOS,               )   SAN FRANCISCO VENUE
                                       )
16         Defendant.                  )
                                       )
17  _____)

18                      I N D I C T M E N T

19  The Grand Jury charges:

20         On or about October 3, 2001, September 7, 2002, April 9, 2003, April 22, 2005, July 1,

21  2005, November 30, 2005, November 28, 2006, and February 22, 2007, the defendant,

22                      JUAN HERRERA-SANTOS,

23  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

24  September 17, 2007, was found in the Northern District of California, the Attorney General of the

25  United States and the Secretary for Homeland Security not having expressly consented to a re-

26  //

27  //

28  //

    INDICTMENT                    1

1   application by the defendant for admission into the United States, in violation of Title 8, United

2   States Code, Section 1326.

3

4   DATED: December 9, 2007                 A TRUE BILL.

5

6                                           FOREPERSON

7   SCOTT N. SCHOOLS

    United States Attorney

8

9

10   KYLE F. WALDINGER

    Deputy Chief, Major Crimes Section

11

12   (Approved as to form: _____ )

                     AUSA HEI OU

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                  2