**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 4/18/08

Case No.  CR-07-0764 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -V-JUAN HERRERA-SANTOS  (c)(p)(sp.int. Sweet)

Attorneys:  Helou          S. Kalar

Deputy Clerk: Tracy Sutton  Court Reporter: D. Pas

**PROCEEDINGS**

1) Defendant's Motion to Dismiss - HELD
2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( CX )Court

Disposition : ( ) GRANTED, ( X ) DENIED, ( ) GRANTED/DENIED IN    ( ) SUBMITTED                                                  PART

Case continued to

Case continued to **4/25/08 @ 11:00 a.m.**  for Trial Setting

Case continued to  @  for Pretrial Conference

Case continued to  @ **8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  Effective Preparation
**Delay begins:           Delay ends: 4/25/08**
(       AUSA to draft order           )

ORDERED AFTER HEARING:

(SPEEDY TRIAL DEADLINE AS OF TODAY: )