# FEDERAL PUBLIC DEFENDER

NORTHERN DISTRICT OF CALIFORNIA
19ᵀᴴ FLOOR FEDERAL BUILDING - BOX 36106
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102

**BARRY J. PORTMAN**
*Federal Public Defender*
**STEVEN G. KALAR**
*Assistant Federal Public Defender*

Telephone: (415) 436-7700
Fax:        (415) 436-7706
E-mail:    Steven_Kalar@fd.org

Tuesday, April 22, 2008

The Honorable Susan Illston
District Court Judge
 Northern District of California
Federal Building, 17th Floor
450 Golden Gate Ave.
San Francisco, CA 94102

        **RE:** *United States v. Juan Herrera-Santos*, **CR 07-0764 SI**

Your Honor:

        Mr. Herrera-Santos is currently scheduled for a status hearing before the Court this Friday, April 25, 2008 at 11:00.

        I have met with my client, and it is his intention to enter an open plea to the Section 1326 charge in the current indictment. If it convenient for the Court to accept his plea on the 25th, he has been prepared for the plea colloquy on that date and has completed the Probation referral materials. Please note that Mr. Herrera-Santos is in custody and requires the assistance of a Spanish interpreter.

        If that is not a convenient date, the parties will be seeking another date to enter a change of plea when we return on the 25th.

        Thank you for your consideration.

                                        Sincerely,

                                        BARRY J. PORTMAN
                                        Federal Public Defender
                                        Northern District of California

                                        /s

                                        STEVEN G. KALAR
                                        Assistant Federal Public Defender
                                        Northern District of California

cc:     AUSA Tarek Helou