JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-7071
   Facsimile:      (415) 436-7234
   Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>          v.  )<br>JUAN HERRERA-SANTOS, )<br>      Defendant. )<br>_____ ) | CR No. 07-764-SI<br><br>STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161 |

On April 18, 2008, the parties in this case appeared before the Court and stipulated that time from April 18, 2008 through April 25, 2008 should be excluded from Speedy Trial Act calculations because both parties need adequate time to assess the status of the case in light of the Court's decision on the defendant's Motion to Dismiss.  The parties represented to the Court that the length of the requested continuance was the reasonable amount of time necessary for effective preparation of defense counsel and government counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends

of justice served by this continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                 JOSEPH P. RUSSONIELLO
                                 United States Attorney

DATED: April 21, 2008                        /s/
                                 TAREK J. HELOU
                                 Assistant United States Attorney

DATED: April 21, 2008                        /s/
                                 STEVEN KALAR
                                 Attorney for Defendant JUAN HERRERA-SANTOS

As the Court found on April 18, 2008, and for the reasons stated above, the Court finds that the ends of justice served by the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court also finds that time from April 18, 2008 through April 25, 2008 shall be excluded from Speedy Trial Act calculations for effective preparation of counsel. 18 U.S.C. § 3161(h)(8)(A). Failing to grant the requested continuance would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                                      _____
                                                          THE HONORABLE SUSAN ILLSTON
                                                          United States District Judge