## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 4/25/08

Case No.   CR-07-0764 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -V- JUAN HERRERA-SANTOS  (c)(p)(sp.int. Basker)

Attorneys:   Helou            S. Kalar

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Yeomans

### PROCEEDINGS

1) Change of Plea - HELD
2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, ( X ) DENIED, (  ) GRANTED/DENIED IN     (  )
SUBMITTED                                         PART

Case continued to

Case continued to **7/18/08@ 11:00 a.m.**   for Judgment & Sentence

Case continued to  @   for Pretrial Conference

Case continued to   @ 8:30 a.m.   for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:  _

ODER AFTER HEARING:

The defendant entered into an open plea agreement (no agreement filed).
The defendant plead guilty to a single count indictment.