# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number _____ CR07-764 _____ SI

Defendant's Name _____ Juan Herrera Santos _____

Defense Counsel _____ Kalar _____

Due Date _____ 7/18/08 @ 11:00 _____

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

_____ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the __PROBATION OFFICE, ROOM 17-6884, BEFORE LEAVING THE COURTHOUSE__ today to make the necessary arrangements.

For use of Courtroom Deputies
Is defendant in custody? _yes_ _punish_
Is defendant English speaking? _Spanish_ → NO
What is defendant's address? _____

_____

_____

cc: U.S. Probation Office

Richard W. Wieking
Clerk

by: _____ Sutton _____
T. Sutton, Deputy Clerk