IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUAN HERRERA-SANTOS,<br><br>    Defendant. | No. CR 07-0764 SI<br><br>[PROPOSED] STIPULATED ORDER RE: CONTINUANCE OF SENTENCING DATE.<br><br>**Current Hearing Date:** Friday, July 18, 2008 at 11:00 a.m.<br><br>**Proposed Hearing Date:** Friday, July 25, 2008 at 11:00 a.m. |

    The defendant in the above-entitled case is currently scheduled for sentencing on Friday, July 18th, 2008 at 11:00 a.m.. In this stipulated order, AFPD Steven Kalar, counsel for Mr. Herrera-Santos, represents that he is unavailable on that date because of an out-of-state work obligation involving a trial in a different state. Mr. Kalar further represents that he first became aware of this scheduling conflict on Wednesday, July 9, 2008.

    The defense accordingly requests that sentencing be continued to Friday, July 25, 2008 at 11:00 a.m.. The government has no objection to this request. Mr. Kalar has spoken to Probation Officer Aylin Raya, who is also available on July 25th.

//

//

//

*Herrera-Santos*, CR 07-0764 SI
ORD. CONT. SENT.

Therefore, for good cause shown the sentencing hearing for Mr. Herrera-Santos now scheduled for July 18th shall be vacated. The matter shall be added to the Court's calendar on Friday, July 25, 2008 at 11:00 a.m. for sentencing.

IT IS SO ORDERED.

_____    _____
DATED            SUSAN ILLSTON
                 United States District Court Judge

IT IS SO STIPULATED.

<u>July 10, 2008</u>      \_\_\_/s_____
DATED                JOSEPH P. RUSSONIELLO
                     United States Attorney
                     Northern District of California
                     TAREK HELOU
                     Assistant United States Attorney


<u>July 10, 2008</u>      \_\_\_/s_____
DATED                BARRY J. PORTMAN
                     Federal Public Defender
                     Northern District of California
                     STEVEN G. KALAR
                     Assistant Federal Public Defender