# EXHIBIT A

# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

FILED
07 DEC -4 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

v.

ELY SAU CHAPAS-AGUILERA
a/k/a Elisau Chapas-Aguilar

DEFENDANT.

## INDICTMENT

8 U.S.C. § 1326 - Illegal Reentry Following Deportation

A true bill.

_____ Foreman

Filed in open court this __4__ day of __Dec, 2007__

Brenda Tolbert
Clerk

No Process

Bail, $ _____

MARIA-ELENA JAMES

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C., Section 1326 - Illegal Reentry by an Alien After Deportation (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**DEFENDANT**
► ELY SAU CHAPAS-AGUILERA a/k/a Eli Sau Chapas-Aguilar

**DISTRICT COURT NUMBER**
CR 07 0763 WHA

### PENALTY:
Maximum Prison Term of Twenty Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of Three Years;
Mandatory Special Assessment of $100.

FILED
DEC -4 PM 1:39
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)
Department of Homeland Security/Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ► 07-70697

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
ALBERT B. SAMBAT

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ►
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☑ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ► 11/19/2007   Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED ► TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3
4
5           E-filing
6
7
8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   No.
13 |         Plaintiff,                )   VIOLATION: 8 U.S.C. § 1326 – Illegal
                                       )   Reentry Following Deportation
14 |    v.                             )
                                       )
15 | ELY SAU CHAPAS-AGUILERA,          )   SAN FRANCISCO VENUE
     a/k/a Elisau Chapas-Aguilar,      )
16 |                                   )
                                       )
17 |         Defendant.                )
18 |                                   )
                                       )
19 |_____)

20            INDICTMENT

21 The Grand Jury charges:

22    On or about February 14, 2007, March 9, 2005, July 9, 2004, September 10, 2003,

23 February 26, 2003, and February 6, 2002, the defendant,

24
              ELY SAU CHAPAS-AGUILERA,
25              a/k/a Elisau Chapas-Aguilar,

26 an alien, was excluded, deported and removed from the United States, and thereafter, on or about

27 November 19, 2007, was found in the Northern District of California, the Attorney General of the

28 United States and the Secretary of Homeland Security not having expressly consented to a re-

   INDICTMENT

1  application by the defendant for admission into the United States, in violation of Title 8, United
2  States Code, Section 1326.
3
4  DATED: December 4, 2007                          A TRUE BILL.
5
6                                                    FOREPERSON
7  SCOTT N. SCHOOLS
   United States Attorney
8
9
10 KYLE WALDINGER
   Deputy Chief, Major Crimes Division
11
12 (Approved as to form:
13                       SAUSA SAMBAT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
   INDICTMENT