1  JOSEPH P. RUSSONIELLO (CABN 44332)
2  United States Attorney

3  BRIAN J. STRETCH (CABN 163973)
4  Chief, Criminal Division

5  TAREK J. HELOU (CABN 218225)
6  Assistant United States Attorney

7  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
8  Telephone: (415) 436-7071
   Facsimile: (415) 436-7234
9  Tarek.J.Helou@usdoj.gov

10 Attorneys for Plaintiff

11

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14              SAN FRANCISCO DIVISION

15

16 | UNITED STATES OF AMERICA,      ) CR No. 07-764-SI
17 |     Plaintiff,                  )
                                     ) DECLARATION OF DEAN RIES IN
18 | v.                              ) SUPPORT OF UNITED STATES'
                                     ) SENTENCING MEMORANDUM
19 | JUAN HERRERA-SANTOS,            )
                                     ) Hearing Date: July 25, 2008
20 |     Defendant.                  ) Time:         11:00 a.m.
                                     ) Judge:        The Honorable Susan Illston
21 |_____  )

22     I, Dean Ries, declare and state as follows:

23     1.  I make this declaration based on my training and experience. This declaration
24         does not contain all facts that I know about the defendant, the Surenos, or gangs
25         generally.
26     2.  I am a Sergeant in the San Francisco Police Department ("SFPD"). I have been in
27         the SFPD since 1995. I was assigned to the SFPD's Tenderloin Task Force from
28         1996 to 2006. During that time, I investigated crimes committed in San

KING DECL. SUPP. UNITED STATES' SENT. MEM.
CR 07-764 SI                                                                              1

Francisco's Tenderloin neighborhood. I am now assigned to the SFPD's Gang Task Force. My current responsibilities include investigating crimes committed in San Francisco by members of gangs, including the Surenos. Because of my experience as a member of the Tenderloin Task Force and the Gang Task Force, I am familiar with many gang members who operate or live in the Tenderloin. I have received law enforcement training about many aspects of gangs and gang member behavior.

3. I have been familiar with Juan Herrera-Santos, a/k/a Juan Rivera, the defendant in the above-captioned case, for several years. Based on my experience, I know that he is a member of the Surenos, a street gang operating throughout California, and has been a member for many years. Specifically, Herrera-Santos is a member of the 11th Street sect of the Surenos. Herrera-Santos has tattoos indicating that he is a Sureno and, specifically, an 11th Street Sureno. The 11th Street sect of the Surenos claims parts of the Tenderloin as its "turf." Their turf includes the area around the intersection of O'Farrell Street and Larkin Street, where Herrera-Santos was arrested selling drugs on September 16, 2007.

4. Based on my experience, I know that the Surenos show membership in their gang by wearing the color blue. I also know that the Surenos often wear a blue belt dangling from their pants to show their membership.

5. The Surenos, like other gangs, guard their drug dealing turf. Although the Surenos let some people who are not members of their gang sell drugs on their turf in exchange for a portion of the profits, the Surenos would not let a person who dropped out of their gang sell drugs on their turf, or even enter their turf.

6. I know that Herrera-Santos has claimed that he has dropped out of the Surenos. If this were true, the other Surenos would view him as a traitor. As stated above, Sureno members would not let him sell drugs on their turf, or even enter it. Based on my training and experience, I believe that they would probably attack him to force him out of their turf.

KING DECL. SUPP. UNITED STATES' SENT. MEM.
CR 07-764 SI

2

7. If Herrera-Santos were really a Sureno dropout, he would know that members of the gang would probably attack him if he tried to sell drugs on their turf or even enter it. For this reason, I have never heard of a Sureno dropout selling drugs in Sureno drug turf.

8. San Francisco County Jail has a separate housing area for gang dropouts. This separate housing ensures that inmates who are dropouts are not housed with active gang members because the active gang members would assault them. If Herrera-Santos had been a dropout, he could have claimed dropout status and would have been segregated from active gang members.

9. I know that Herrera-Santos claimed that he was a Sureno when he was incarcerated in San Francisco County Jail in September 2007 before he was turned over to federal authorities. At that time, he was housed with other Surenos.

I declare that the foregoing is true and correct under penalty of perjury.

DATED: 7-17-2007

_____
DEAN RIES

KING DECL. SUPP. UNITED STATES' SENT. MEM.
CR 07-764 SI

3