UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



CRIMINAL PRETRIAL MINUTES

Date: 7/25/08

Case No.  CR-07-0764 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -V- JUAN HERRERA-SANTOS  (c)(p)(sp.int. Basker)

Attorneys:  Helou          S. Kalar

Deputy Clerk: Tracy Sutton   Court Reporter: L. Zinn

**PROCEEDINGS**

1) J&S - HELD
2) _____
3) _____

Order to be prepared by: ( )Pltf  ( )Deft  ( )Court

Disposition : ( ) GRANTED, ( X ) DENIED, ( ) GRANTED/DENIED IN    ( )
SUBMITTED                                   PART

Case continued to

Case continued to

Case continued to  @  for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: __

ODER AFTER HEARING:
cust: 51 months
3 yrs sup. Release w/special conditions
Sp. Ass: $100.00